1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT FOR THE

8                              EASTERN DISTRICT OF CALIFORNIA

9
     INEZ DAVIS,                          )        1:09cv01401 DLB
10                                        )
                                          )        ORDER GRANTING STIPULATION TO
11                                        )        DISMISS WITH PREJUDICE
                                          )
12           Plaintiff,                   )
                                          )        (Document 12)
13       vs.                              )
                                          )
14   MICHAEL J. ASTRUE, Commissioner of   )
     Social Security,                     )
15                                        )
             Defendant.                   )
16   _____ )

17

18         Pursuant to the parties' stipulation to dismiss filed on March 18, 2010, this action is

19   DISMISSED WITH PREJUDICE.  Each party shall bear his/her own costs and expenses, including

20   but not limited to attorney's fees under the Equal Access to Justice Act, 27 U.S.C. § 2412(d).

21

22       IT IS SO ORDERED.

23       **Dated:   March 19, 2010**                      **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28
                                                   1